1    ASCENSION LAW GROUP
     PAMELA TSAO( 266734)
2    17802 Irvine Blvd
     Suite 117
3    Tustin, CA 92780
     PH: 714.783.4220
4    FAX: 888.505.1033
     Pamela.Tsao@ascensionlawgroup.com
5
     Attorneys for Plaintiff  QUY TRUONG
6

7

8                  **CENTRAL DISTRICT OF CALIFORNIA**

9

10   QUY TRUONG,  an individual,              )    Case No.:  8:19-cv-00430-JLS-DFM
                                              )
11              Plaintiff,                    )    **PLAINTIFF'S NOTICE OF**
                                              )    **VOLUNTARY DISMISSAL OF**
12         vs.                                )    **ENTIRE ACTION**
                                              )    **WITHPREJUDICE PURSUANT TO**
13                                            )    **FEDERAL RULE OF CIVIL**
     SAINT INVESTMENT GROUP, INC., a          )    **PROCEDURE 41(a)(1)**
14   California corporation; and PACIFIC      )
     WEST ASSET MANAGEMENT                    )
15   CORPORATION, a California                )
     corporation;                            )
16                                            )    [Hon. Josephine L. Staton *presiding*]
                Defendants.                   )
17                                            )
                                              )
18                                            )
                                              )
19                                            )
                                              )
20                                            )
                                              )
21                                            )
                                              )
22                                            )
                                              )
23

24

25

26

27

28

**PLEASE TAKE NOTICE** that Plaintiff Quy Truong ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), hereby voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in revelant part:

  (a) **Voluntary Dismissal.**

    (1) By the Plaintiff.

        (A)    *Without a Court Order.*  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

            (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendants SAINT INVESTMENT GROUP, INC., a California corporation; and PACIFIC WEST ASSET MANAGEMENT CORPORATION, a California corporation (collectively, "Defendants"), have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendants may be dismissed with prejudice and without an Order of the Court.

ASCENSION LAW GROUP, PC

DATE: April 17, 2019

_____/s/ Pamela Tsao_____

Pamela Tsao, attorney for Plaintiff

Quy Truong
